Opinion issued August 6, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00689-CV

____________


IN RE STARBURST FINANCIAL GROUP, INC., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Starburst Financial Group, Inc., has filed a petition for writ of mandamus
complaining that Judge Ramos (1) erred in denying its motion for temporary restraining order. 

 We deny the petition for writ of mandamus.

PER CURIAM


Panel consists of Chief Justice Radack and Justices Jennings and Massengale.

1. The Honorable Dion Ramos, judge of the 55th District Court of Harris 
County, Texas. The underlying lawsuit is Starburst Financial Group v. Ann Krieger,
trial court cause no. 2009-47730.